Maytak Chin (SBN 288155)
Email: mchin@reedsmith.com
Mariah K. Fairley (SBN 336353)
Email: mfairley@reedsmith.com
Megan Tao (SBN 365216)
Email: mtao@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Defendants G6 Hospitality LLC and G6 Hospitality Franchising LLC, formerly known as Accor Franchising North America, LLC*

**UNITED STATES DISTRICT COURT FOR**

**EASTERN DISTRICT OF CALIFORNIA**

CAMARILLO HOSPITALITY LLC, SANTA BARBARA HOSPITALITY LLC, HEMET HOSPITALITY LLC, BAYSIDE HOSPITALITY LLC, TUMM HOSPITALITY LLC, JHMM HOSPITALITY LLC, HLM HOSPITALITY LLC, AZURE INVESTMENT GROUP LLC, OM SRI RAM HOSPITALITY, INC., OM SRI SAI HOSPITALITY, INC., AND TUJHMM INC.,

Plaintiffs,

vs.

G6 HOSPITALITY LLC; ACCOR FRANCHISING NORTH AMERICA, LLC; and DOES 1 through 20, inclusive,

Defendants.

---

G6 HOSPITALITY LLC, and G6 HOSPITALITY FRANCHISING LLC, formerly known as Accor Franchising North America, LLC,

Cross-Complainants,

vs.

CAMARILLO HOSPITALITY LLC, SANTA BARBARA HOSPITALITY LLC, HEMET HOSPITALITY LLC, BAYSIDE HOSPITALTIY LLC, TUMM HOSPITALITY LLC, JHMM HOSPITALITY LLC, HLM HOSPITALITY LLC, AZURE INVESTMENT GROUP LLC, OM SRI RAM HOSPITALITY, INC., OM SRI SAI HOSPITALITY, INC., AND TUJHMM INC.,

Case No. 1:26-cv-01906-JLT-CDB

**STIPULATION AND [~~PROPOSED~~] ORDER TO REMAND CASE AND ALLOW DEFENDANTS TO REFILE ANSWER AND AMEND CROSS-COMPLAINT IN STATE COURT**



REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Cross-Defendants.

Plaintiffs Camarillo Hospitality LLC, Santa Barbara Hospitality LLC, Hemet Hospitality LLC, Bayside Hospitality LLC, Tumm Hospitality LLC, JHMM Hospitality LLC, HLM Hospitality LLC, Azure Investment Group LLC, Om Sri Ram Hospitality, Inc., Om Sri Sai Hospitality, Inc., and Tujhmm Inc. (together, "Plaintiffs") and Defendants G6 Hospitality LLC and G6 Hospitality Franchising LLC, formerly known as Accor Franchising North America, LLC (together, "Defendants", and with Plaintiffs the "Parties"), by and through their undersigned counsel, hereby submit the following Stipulation and [~~Proposed~~] Order to Remand Case and Allow Defendants to Refile Answer and Amend Cross-Complaint in State Court as follows:

WHEREAS, on February 4, 2026, Plaintiffs filed their First Amended Complaint in this action in Kern County Superior Court;

WHEREAS, on March 6, 2026, Defendants removed this action from Kern County Superior Court to federal court in the Eastern District of California;

WHEREAS, on March 25, 2026, Defendants filed an Answer to Plaintiffs' First Amended Complaint and Counterclaim against Plaintiffs;

WHEREAS, on April 29, 2026, the Plaintiffs filed a Motion for Leave to File a Second Amended Complaint and to Remand to State Court;

WHEREAS, on May 12, 2026, Defendants filed an opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint and to Remand to State Court;

WHEREAS, on July 16, 2026, Magistrate Judge Christopher D. Baker entered Findings and Recommendations to Grant Plaintiffs' Motion for Leave to File a Second Amended Complaint and to Remand ("Recommendation");

WHEREAS, Defendants' deadline to file an objection to the Recommendation has not yet expired; and

WHEREAS, the Parties have met and conferred through their respective counsel of record and hereby agree that it is in the interest of judicial efficiency to remand the action to state court and allow for Defendants to refile their Answer and amend their Cross-Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Defendants withdraw their removal to federal court, and the action is remanded to state court where the action was originally filed.
2. Plaintiffs may file the Second Amended Complaint and Defendants may refile their Answer and amend their Cross-Complaint in state court.

**IT IS SO STIPULATED.**

Dated: July 29, 2026

ZIMMER & MELTON, LLP

By: */s/ Micah K. Nilsson (as authorized on July 29, 2026)*
Micah K. Nilsson
Justin L. Thomas

*Attorneys for Plaintiffs Camarillo Hospitality LLC, Santa Barbara Hospitality LLC, Hemet Hospitality LLC, Bayside Hospitality LLC, Tumm Hospitality LLC, JHMM Hospitality LLC, HLM Hospitality LLC, Azure Investment Group LLC, Om Sri Ram Hospitality, Inc., Om Sri Sai Hospitality, Inc., and Tujhmm Inc.*

Dated: July 29, 2026

REED SMITH LLP

By: */s/ Maytak Chin*
Maytak Chin

*Attorneys for Defendants G6 Hospitality LLC and G6 Hospitality Franchising LLC, formerly known as Accor Franchising North America, LLC*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**[~~PROPOSED~~] ORDER**

The above stipulation is **APPROVED**. Thus the Court **ORDERS**:

1. Defendants withdraw their removal to federal court, and the action is **REMANDED** to state court where the action was originally filed.
2. Plaintiffs may file the Second Amended Complaint and Defendants may refile their Answer and amend their Cross-Complaint in state court.

IT IS SO ORDERED.

Dated: July 30, 2026

UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware